AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 08mj1820-01

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ROBERTO JAYME MEDINA

I certify that I am admitted to practice in this court.

6/13/2008
Date

/s/ ERICK L. GUZMAN
Signature

Erick L. Guzman/Federal Defenders of SD — 244391
Print Name — Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City — State — Zip Code

(619) 234-8467 — (619) 687-2666
Phone Number — Fax Number

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj1820-01 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ROBERTO JAYME MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: June 13, 2008

*/s/ Erick L. Guzman*

ERICK L. GUZMAN
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
E-mail: erick_guzman@fd.org